UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSE QUEZADA, on behalf of himself and all others similarly situated,

                              Plaintiffs,

- against -

U.S. WINGS, INC.,

                              Defendants.
------------------------------------------------------------------------x

C.A. No.: 1:20-cv-10707-ER

**NOTICE OF APPEARANCE FOR VIVIAN TURETSKY**

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted and authorized to practice in this Court, and I appear in this case as counsel for **Defendant U.S. Wings, Inc.**

Dated: New York, New York
        January 25, 2021

                                          **WADE CLARK MULCAHY LLP**

                                          By: ***/s/ Vivian Turetsky***
                                          Vivian Turetsky
                                          *Attorneys for Defendant*
                                          *U.S. Wings, Inc.*
                                          180 Maiden Lane, Suite 901
                                          New York, New York 10038
                                          (212) 267-1900
                                          vturetsky@wcmlaw.com