UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSE QUEZADA, on behalf of himself and all others similarly situated,

                                      Plaintiffs,

- against -

U.S. WINGS, INC.,

                                      Defendants.
------------------------------------------------------------------------x

C.A. No.: 1:20-cv-10707-ER

**NOTICE OF APPEARANCE FOR MICHAEL A. BONO**

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted and authorized to practice in this Court, and I appear in this case as counsel for **Defendant U.S. Wings, Inc.**

Dated:  New York, New York
          February 1, 2021

                                            WADE CLARK MULCAHY LLP

                                            By: */s/ Michael A. Bono*
                                            Michael A. Bono
                                            *Attorneys for Defendant*
                                            *U.S. Wings, Inc.*
                                            180 Maiden Lane, Suite 901
                                            New York, New York 10038
                                            (212) 267-1900
                                            mbono@wcmlaw.com