UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――― x
JOSE QUEZADA, Individually, and On Behalf :
of All Others Similarly Situated,
:           Case No. 1:20-cv-10707-ER
               Plaintiff,          :
    vs.                            :
                                    :  **STIPULATION OF DISMISSAL AND**
U.S. WINGS, INC.,                  :  **[PROPOSED] ORDER**
               Defendant.          :
                                    :
――――――――――――――――――――――― x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 4, 2022            **MIZRAHI KROUB LLP**

                                 *[signature]*

                                 EDWARD Y. KROUB
                                 JARRETT S. CHARO
                                 WILLIAM J. DOWNES
                                 200 Vesey Street, 24th Floor
                                 New York, NY 10281
                                 Telephone: 212/595-6200
                                 212/595-9700 (fax)
                                 ekroub@mizrahikroub.com
                                 jcharo@mizrahikroub.com
                                 wdownes@mizrahikroub.com

                                 *Attorneys for Plaintiff*

DATED: March 4, 2022

**WADE CLARK MULCAHY**

_____

Michael A. Bono
180 Maiden Lane, Suite 901
New York, NY 10038
(212)267-1900
Fax: 212-267-9470
mbono@wcmlaw.com

*Attorney for Defendant*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: March 4, 2022
New York, New York